# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 1, 2000

**Before**

Hon. William J. Bauer, *Circuit Judge*

Hon. Richard D. Cudahy, *Circuit Judge*

Hon. Terence T. Evans, *Circuit Judge*

No. 98-3481

RANDY HORTON,
    *Petitioner-Appellant,*

v.

UNITED STATES OF AMERICA,
    *Respondent-Appellee.*

Appeal from the United States District
Court for the Northern District of Illinois,
Eastern Division.

No. 98 C 50121

**Philip G. Reinhard,**
*Judge.*

## ORDER

The opinion in this case, dated June 29, 2000, is hereby withdrawn. A revised opinion will be issued in the near future.